IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:17CR52 |
| | ) | |
| CHARLES ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 14th day of June, 2017, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion for Discovery (doc. 23) is SATISFIED.

Defendant's Motion to Reveal (doc. 24) is SATISFIED.

Defendant's Motion to Suppress Statements (doc. 21) is TAKEN UNDER ADVISEMENT.

Defendant's Motion to Suppress Evidence (doc. 22) is WITHDRAWN and hence is DENIED AS MOOT.

Government's Motion to Strike (doc. 25) is DENIED AS MOOT.

All other pretrial motions are MOOT.

SO ORDERED this 19th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA